M Ray Hartman III, Bar No. 211205
RHartman@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

Simon M. Feng, Bar No. 295360
SFeng@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CALIFORNIA AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of the State of California for the County of San Bernardino, Case No. CIVSB2206620] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Amazon.com, Inc. ("Amazon") removes this civil action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Eastern District of California, under 28 U.S.C. §§ 1332, 1441, and 1446. Diversity jurisdiction exists because there is complete diversity and the amount in controversy exceeds $75,000.

## I.   INTRODUCTION

1. This is a subrogation action in which Plaintiff California Automobile Insurance Company ("Plaintiff") is seeking to recover damages for alleged property damage under product liability theories.

2. Plaintiff filed its Complaint on March 23, 2022, in the Superior Court of the State of California, County of San Bernardino, Case No. CIVSB2206620. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

## II.   THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

3. This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332 had Plaintiff filed this action initially in federal court. Plaintiff is not a citizen of the same state as any of the defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. For the purposes of diversity jurisdiction, a corporation is a citizen of its state of incorporation and of the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1).

5. Plaintiff California Automobile Insurance Company is incorporated under the laws of California and has its principal place of business in California. It is therefore a citizen of California.

6. Defendant Amazon.com, Inc. is incorporated under the laws of Delaware and its principal place of business is in Washington. It is therefore a citizen of Delaware and Washington.

7. The defendants identified as Does 1 through 10 in the Complaint are fictitious parties against whom no cause of action can be validly alleged. To the best of Amazon's information and belief, no fictitiously designated defendant has been served with process, and these fictitious parties may be ignored for purposes of determining removal.

8. Complete diversity exists because Plaintiff is a citizen of California while Amazon is a citizen of Delaware and Washington.

9. Plaintiff seeks damages in the amount of $343,975.73. *See* Compl., ¶ 11. Therefore, Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest and costs.

**III. ALL SERVED DEFENDANTS CONSENT TO REMOVAL**

10. Amazon, the removing party, is the only named and served defendant as of the filing of this Notice of Removal.

**IV. THIS FILING IS TIMELY**

11. Plaintiff served Amazon on June 7, 2022. Pursuant to 28 U.S.C. § 1446(b), Amazon filed this Notice of Removal within thirty (30) days after it was served. Removal of this action is therefore timely. *See* 28 U.S.C. § 1446(b).

**V. VENUE OF REMOVED ACTION**

12. The Central District of California is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

**VI. NOTICE TO THE STATE COURT**

13. A copy of this Notice of Removal is being served on all parties and filed with the Superior Court of the State of California, County of San Bernardino, where this case was originally filed.

157389539.1

## VII. PLEADINGS IN THE STATE COURT ACTION

14. All process, pleadings, and orders served upon Amazon in this action are attached as **Exhibit 1**. A true and correct copy of the San Bernardino County Superior Court docket for this action is attached as **Exhibit 2**.

## VIII. NON-WAIVER OF DEFENSES

15. Amazon expressly reserves all of its defenses. By removing the action to this Court, Amazon does not waive any rights or defenses available under federal or state law. Amazon expressly reserves the right to move for dismissal of the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim against Amazon or have any substantive merit.

16. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, Amazon hereby removes the above-entitled case to the United States District Court for the Central District of California, and seeks resolution by this Court of all issues raised herein.

Dated: July 5, 2022  Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Simon M. Feng*
M Ray Hartman III, Bar No. 211205
Simon M. Feng, Bar No. 295360

Attorneys for Defendant
AMAZON.COM, INC.

# PROOF OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of California that, on July 5, 2022, she caused to be served on the person(s) listed below in the manner shown:

**DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL**

Kellie L. Terhufen, Esq.
Geoffrey A. Kraemer, Esq.
Law Offices of Robert A. Stutman, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: 951.387.4700
Facsimile: 951.963.1298
Email: TerhufenK@Stutmanlaw.com
        KraemerG@Stutmanlaw.com
Attorneys for Plaintiff
CALIFORNIA AUTOMOBILE INSURANCE COMPANY

☒ United States Mail, First Class
☐ By Messenger
☐ By Facsimile
☐ By E-Mail

Dated at Los Angeles, California, this 5th day of July, 2022.

_____
Carolyn A. Sanford

-6-

# EXHIBIT 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Geoffrey A. Kraemer, Esq., SBN 298220/Kellie L. Terhufen, Esq., SBN 112545<br>Law Offices of Robert A. Stutman, P.C.<br>1260 Corona Pointe Court, Suite 306, Corona, CA 92879<br>TELEPHONE NO.: 951.387.4700   FAX NO. *(Optional):* 951.963.1298<br>E-MAIL ADDRESS: KraemerG@Stutmanlaw.com/TerhufenK@Stutmanlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff California Automobile Insurance Commpany | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>MAR 23 2022<br><br>BY _____<br>MICHAEL WELCH II, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino
BRANCH NAME: San Bernardino District - Civil Division

CASE NAME:
California Automobile Insurance Company v. Amazon.com, Inc., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CIVSB 2206620<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☒ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* One: Product Liability
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: March 22, 2022

▶ _____
(TYPE OR PRINT NAME)         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |

American LegalNet, Inc.
www.FormsWorkFlow.com

CSC

COPY

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMAZON.COM, INC., AND DOES 1 TO 10, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CALIFORNIA AUTOMOBILE INSURANCE COMPANY

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 11 2022

BY _____
MICHAEL WELCH II, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County San Bernardino
247 West Third Street
San Bernardino, CA
San Bernardino District - Civil Division

**CASE NUMBER:**
*(Número del Caso):*
CIVSB 2206620

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Geoffrey A. Kraemer, Esq., Kellie L. Terhufen, Esq., Law Offices of Robert A. Stutman, P.C.,
1260 Corona Pointe Court, Suite 306, Corona, CA 92879; Telephone: 951.387.4700; Facsimile: 951.963.1298

DATE: APR 11 2022
*(Fecha)*

Clerk, by Michael Welch II , Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] Copy

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Amazon.com Inc
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 6/7/22

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

-8-

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

CALIFORNIA AUTOMOBILE INSURANCE COMPANY

Case No.: **CIV SB 2 2 0 6 6 2 0**

vs.

AMAZON.COM, INC., AND DOES 1 TO 10 INCLUSIVE

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino District of the Superior Court under Rule131 and General Order of this court for the checked reason:

☐ General ☐ Collection

**Nature of Action** | **Ground**
--- | ---
☐ 1. Adoption | Petitioner resides within the district
☐ 2. Conservator | Petitioner or conservatee resides within the district.
☐ 3. Contract | Performance in the district is expressly provided for.
☐ 4. Equity | The cause of action arose within the district.
☐ 5. Eminent Domain | The property is located within the district.
☐ 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district.
☐ 7. Guardianship | Petitioner or ward resides within the district or has property within the district.
☐ 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district.
☐ 9. Mandate | The defendant functions wholly within the district.
☐ 10. Name Change | The petitioner resides within the district.
☐ 11. Personal Injury | The injury occurred within the district.
☒ 12. Personal Property | The property is located within the district.
☐ 13. Probate | Decedent resided or resides within or had property within the district.
☐ 14. Prohibition | The defendant functions wholly within the district.
☐ 15. Review | The defendant functions wholly within the district.
☐ 16. Title to Real Property | The property is located within the district.
☐ 17. Transferred Action | The lower court is located within the district.
☐ 18. Unlawful Detainer | The property is located within the district.
☐ 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district.
☐ 20. Other |
☐ 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Personal Property | 21239 Vidal Street |
| --- | --- |
| NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR | ADDRESS |
| Apple Valley | CA | 92308 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on March 22, 2022 at Brea, California.

_Signature of Attorney/Party_

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT

Rev. June 2019



PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kellie L. Terhufen, Esq., SBN 112545/Geoffrey A. Kraemer, Esq., SBN 298220<br>Law Offices of Robert A. Stutman, P.C.<br>1260 Corona Pointe Court, Suite 306<br>Corona, CA 92879<br>TELEPHONE NO: 951.387.4700    FAX NO. (Optional): 951.963.1298<br>E-MAIL ADDRESS (Optional): TerhufenK@Stutmanlaw.com/KraemerG@Stutmanlaw.com<br>ATTORNEY FOR (Name): Plaintiff California Automobile Insurance Company | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>MAR 23 2022<br><br>BY _____<br>MICHAEL WELCH II, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino 92415
BRANCH NAME: San Bernardino District - Civil Division

**PLAINTIFF:** California Automobile Insurance Company

**DEFENDANT:** Amazon.com, Inc., and

☒ DOES 1 TO  10, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE    ☒ OTHER (specify): Product Liability
☒ Property Damage    ☐ Wrongful Death
☒ Personal Injury    ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded    ☐ does not exceed $10,000
                              ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER: CIV SB 2206620

$435   SC-2022-23128 MW

1. **Plaintiff** (name or names): California Automobile Insurance Company
   alleges causes of action against **defendant** (name or names): Amazon.com, Inc., and Does 1 to 10, inclusive

**BY FAX**

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☒ except plaintiff (name): California Automobile Insurance Company
        (1) ☒ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ a public entity (describe):
        (4) ☐ a minor    ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other (specify):
        (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ a public entity (describe):
        (4) ☐ a minor    ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other (specify):
        (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: California Automobile Insurance Company v. Amazon.com, Inc., et al. | CASE NUMBER: CIVSB 2206620 |
|---|---|

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Amazon.com, Inc.
      - (1) ☐ a business organization, form unknown
      - (2) ☒ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*
   
   c. ☐ **except** defendant *(name):*
      - (1) ☐ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*
   
   b. ☐ **except** defendant *(name):*
      - (1) ☐ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*
   
   d. ☐ **except** defendant *(name):*
      - (1) ☐ a business organization, form unknown
      - (2) ☐ a corporation
      - (3) ☐ an unincorporated entity *(describe):*
      - (4) ☐ a public entity *(describe):*
      - (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 to 10     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 10     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: California Automobile Insurance Company v. Amazon.com, Inc., et al. | CASE NUMBER: CIVSB 2206620 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☒ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify):* Pursuant to the terms of the insurance policy issued by Plaintiff to its insured, Sesar Becerra, Plaintiff made payments to the insureds in the amount of $343,975.73 and Plaintiff has thereby been damaged and subrogated to the rights of its insured against Defendants in said sum.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 22, 2022

Geoffrey A. Kramer
(TYPE OR PRINT NAME) ▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: California Automobile Insurance Company v. Amazon.com, Inc., et al. | CASE NUMBER: CIV SB 2206620 |
|---|---|

<u>First</u>      **CAUSE OF ACTION—Products Liability**     Page 4
(number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* California Automobile Insurance Company

Prod. L-1. On or about *(date):* October 17, 2018     plaintiff was injured by the following product:
WEECOO™ Two Wheels Smart Self Balancing Scooters Electric Drifting Board

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☒ used in the manner intended by the defendants.
☒ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☒ purchaser of the product.          ☒ user of the product.
☒ bystander to the use of the product.   ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☒   **Count One—Strict liability** of the following defendants who
a. ☐ manufactured or assembled the product *(names):*

   ☐ Does _____ to _____

b. ☐ designed and manufactured component parts supplied to the manufacturer *(names):*

   ☐ Does _____ to _____

c. ☒ sold the product to the public *(names):* Amazon.com, Inc.

   ☒ Does 1 to 10

Prod. L-5. ☐   **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

   ☐ Does _____ to _____

Prod. L-6. ☐   **Count Three—Breach of warranty** by the following defendants *(names):*

   ☐ Does _____ to _____
a. ☐ who breached an implied warranty
b. ☐ who breached an express warranty which was
      ☐ written   ☐ oral.

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| California Automobile Insurance Company -v- Amazon.com, Inc et al | |
|---|---|
| NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT | Case Number<br>CIVSB2206620 |

Law Offices of Robert A Stutman PC
1260 Corona Point Court
Suite 306
Corona CA 92879

This case has been assigned to: Khymberli S Apaloo in Department S25 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 10/11/2022 at 9:00 AM in Department S25 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (Local Rule 411.1).

Parties shall file and serve no later than 10 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference. In the event an At Issue Memorandum shall be filed and served no later than 15 days prior to the trial setting conference.

Date: 4/11/2022

Nancy CS Eberhardt, Court Executive Officer

By: _____
Michael Welch II, Deputy Clerk

---

### CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☐ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
☒ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
☐ A copy of this notice was given to the filing party at the counter.
☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 4/11/2022

I declare under penalty of perjury that the forgoing is true and correct. Executed on 4/11/2022 at San Bernardino, CA.

By: _____
Michael Welch II, Deputy Clerk

# EXHIBIT 2

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (CIVSB2206620)**  07/05/2022 07:52:22

## CIVSB2206620

California Automobile Insurance Company
-v-
Amazon.com, Inc et al

## Case Information

| | |
|---|---|
| Case Type: | Other PI/PD/WD Unlimited |
| Case Number: | CIVSB2206620 |
| Citation Number: | |
| Filing Date: | 3/23/2022 |
| Case Status: | Active |
| Court Location: | San Bernardino |
| Judicial Officer: | Khymberli S Apaloo |
| Next Hearing: | 10/11/2022 9:00AM Dept S25 - SBJC |

## Case Flags

## Demographic Information

| | |
|---|---|
| Date of Birth | |
| Race: | |
| Sex: | |
| Height: | #Error |
| Weight: | |
| Hair Color: | |
| Eye Color: | |
| DL #: | |
| FBI #: | |
| State ID: | |

## Address

| | |
|---|---|
| Street Name: | |
| City: | |
| State: | |
| Zip: | |

## Alias(s) / Nickname(s)

1 of 3

-16-

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (CIVSB2206620)**                            07/05/2022 07:52:22

## Cross Reference

## Parties

| Type | Name | Status |
|---|---|---|
| Plaintiff | California Automobile Insurance Company | Active |
| Defendant | Amazon.com, Inc | Active |
| Defendant | Does 1 to 10 | Active |

## Attorneys

| Representing | Name |
|---|---|
| California Automobile Insurance Company | Law Offices of Robert A Stutman PC |

## Events

| File Date | File Type | Filed By |
|---|---|---|
| 4/11/2022 | Summons Issued and Filed | |
| 4/11/2022 | Notice of Hearing Sent | |
| 3/23/2022 | Civil Case Cover Sheet Filed | |
| 3/23/2022 | Filing Fee Paid by | California Automobile Insurance Company |
| **Comment:** | $435 check paid on 04/11/22 for First Paper Fee | |
| 3/23/2022 | Complaint Filed | California Automobile Insurance Company |
| 3/23/2022 | Certificate of Assignment Received | |

## Hearings

| Department | Judge | Court Reporter | Type | Date | Time | Result |
|---|---|---|---|---|---|---|
| Department S25 - SBJC | Apaloo, Khymberli S | | Trial Setting Conference | 10/11/2022 | 9:00AM | |

# Court Access Portal

**Superior Court of California - County of San Bernardino**

**Case Summary (CIVSB2206620)**                                                                07/05/2022 07:52:22

## Charges Disposition & PLEAS

| Count | Date  | Details | Citation # | Jurisdiction |
|-------|-------|---------|------------|--------------|
|       |       |         |            |              |
|       | Plea: | -       |            |              |

## Financial Transactions

| Total     |          | $435.00  | Total Balance: | $0.00   |
|-----------|----------|----------|----------------|---------|
| Date      | Charges  | Payments | Credits        |         |
| 4/11/2022 | $435.00  | $0.00    | $0.00          |         |
| 4/11/2022 | $0.00    | $435.00  | $0.00          |         |
| Total     | $435.00  | $435.00  | $0.00          |         |

## Bonds

| Type | Description | Posted Date | Set Date | Amount |
|------|-------------|-------------|----------|--------|
|      |             |             |          |        |

## Related Cases

| Case Number | Case Type | Case SubType | Description | Comments |
|-------------|-----------|--------------|-------------|----------|
|             |           |              |             |          |